IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEREMY ALLEN SNYDER,

      Appellant,

v.

DEPARTMENT OF
CORRECTIONS, et al.,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5684

_____/

Opinion filed August 16, 2017.

An appeal from an order of Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: June 9, 2012.

John J. Rahaim, II and Amie E. Deguzman of the Law Office of John J. Rahaim, II,
Jacksonville, for Appellant.

Michael D. Rudolph of Rudolph, Israel & Ellis, P.A., Jacksonville, and T. Daniel
Webb of Vernis & Bowling, Jacksonville, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.